UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:10-M-1117

UNITED STATES OF AMERICA    )
                            )
            v.              )        ORDER
                            )
MICHAEL DELOS HAMILTON      )

The Government's motion is hereby granted. The case is dismissed.

October 7, 2010
DATE:

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE